[No. 243.  Decided September 21, 1891.]

W. W. TINKHAM *et al.* v. D. E. KIMBLE *et al.*

APPEAL—DISMISSAL—JUDGMENT.

Upon affirming judgment of the court below against appellant
for failure to prosecute his appeal after notice thereof duly served,
and the filing of a *supersedeas* bond, this court will render judgment,
unless sufficient excuse is shown for such failure against appellant
and sureties on said bond for the amount of judgment and costs in
the court below, and for costs in this court.

*Appeal from Superior Court, Skagit County.*

*E. C. Million,* for appellees.

The opinion of the court was delivered by

ANDERS, C. J.—On July 28, 1890, the complaint of
appellants, who were plaintiffs in the court below, was dis-
missed, and a judgment for seventy-five dollars and costs
rendered in favor of appellees, D. E. Kimble and Minerva
Kimble; and on January 26, 1891, notice of appeal, with
acceptance of service thereon, was duly filed by appellants.
Appellee, D. E. Kimble, having filed in this court a certi-
fied copy of the judgment appealed from, together with the
notice of appeal served, and a copy of the *supersedeas* bond,
moves the court to dismiss the appeal and to affirm the
judgment with damages, and for judgment against the
sureties on the bond above mentioned, for the reason that
appellants have failed and neglected to file a brief or tran-
script as required by law and the rules of this court.

Upon the hearing of the motion, of which due notice was
given, appellants failed to appear and show cause why the
motion should not be granted, or to give any reason or ex-
cuse for their non-compliance with the provisions of the
statute and of rule 6 of this court.

The judgment of the court below must, therefore, be

affirmed, and judgment will be entered in this court in favor of appellees, D. E. Kimble and Minerva Kimble, and against appellants and the sureties on the said *supersedeas* bond, for the amount of said judgment and costs, together with ten per cent. per annum interest thereon and costs in this court. See Code 1881, §§ 476, 477; *O'Hare v. Wilson,* 3 Wash. T. 251.

DUNBAR, HOYT, SCOTT, and STILES, JJ., concur.